# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY <br><br> PLAINTIFF(S) <br><br> v. <br><br> G.A. BRAUN, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:19–cv–05319 <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____          ____        ____

Date Filed          Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: June 19, 2019          By: /s/ *Luz Hernandez, luz_hernandez@cacd.uscourts.gov*
                                        Deputy Clerk